UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN D. HALLAMAN,

    Plaintiff,

v.
                                        Case Number 18-12507
                                        Honorable David M. Lawson

SUNRISE CREDIT SERVICES, INC.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE IN WRITING WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

    On August 13, 2018, plaintiff filed a complaint in the above-entitled action, after which a summons was issued. The summons and complaint were served on August 21, 2018, requiring an answer or response no later than September 6, 2018. There have been no further filings in this case since August 21, 2018. Fed. R. Civ. P. 41(b) provides for involuntary dismissal for "failure of the plaintiff to prosecute" upon motion by the defendant. However, the court has the inherent power to dismiss a claim *sua sponte* for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962).

    Accordingly, it is **ORDERED** that plaintiff show cause in writing on or before **November 26, 2018** why the case should not be dismissed for failure to prosecute.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated: November 2, 2018

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 2, 2018.

                    s/Susan Pinkowski
                    SUSAN PINKOWSKI