UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN D. HALLAMAN,

        Plaintiff,                                        Case Number 18-12507

v.                                                              Honorable David M. Lawson

SUNRISE CREDIT SERVICES, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

On November 9, 2018, the parties informed the Court through electronically-filed notice that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before December 28, 2018**.

It is further **ORDERED** that the Court's order to show cause in writing why the case should not be dismissed for failure to prosecute (ECF No. 6) is **DISMISSED AS MOOT**.

                                                             s/David M. Lawson
                                                              DAVID M. LAWSON
                                                               United States District Judge

Date:  November 28, 2018

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 28, 2018.

                                s/Susan K. Pinkowski
                                SUSAN K. PINKOWSKI